UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CURLIN PENNICK III,

        Plaintiff,

v.

DAVID MCLENDON,

        Defendant.

CASE NO. C18-5857 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Because plaintiff has already brought at least three unsuccessful suits that were malicious, frivolous, or failed to state a claim, plaintiff's motion to proceed *in forma pauperis*, Dkt. 4, is denied under 28 U.S.C. § 1915(g); and

(3) Plaintiff is directed to produce the $400.00 filing fee within thirty days of the entry of this order. Failure to do so will result in dismissal of Plaintiff's action without prejudice for failure to provide the filing fee.

Dated this 26th day of December, 2018.

BENJAMIN H. SETTLE
United States District Judge